IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ANDREW, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 12-03081-CV-S-DW |
| | ) | |
| BLH DEVELOPMENT COMPANY, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is the Stipulation for Dismissal as to Bernard Childs Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc. 92). Upon review, all claims of Plaintiff Bernard Childs are hereby dismissed with prejudice, with each party to bear his/its own costs. Furthermore, as all claims as to all parties in this action are now adjudicated, the Clerk of Court is directed to enter a final judgment.

SO ORDERED.

Date: January 20, 2016 _____/s/ Dean Whipple_____
Dean Whipple
United States District Judge