IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ANDREW, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 12-03081-01-CV-S-DW |
| BLH DEVELOPMENT COMPANY, LLC, et al., | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that all claims as to all parties are dismissed with prejudice, with each party to bear their own costs.

 January 20, 2016            Paige Wymore-Wynn
Dated                        Acting Clerk of Court

 January 27, 2016            /s/ Alex Francis
Entered                      (by) Deputy Clerk